## AMERICUS GROCERY COMPANY *v.* LINK.

LITTLE, J.   When on the trial of an issue formed by the answer of a garnishee and a traverse of the same by a plaintiff, who caused the summons to issue on an affidavit that the defendant was indebted to him on a judgment duly rendered, there was no evidence showing the rendition of such judgment, it was error for the trial court to render a judgment in favor of the plaintiff against the garnishee for an amount found to be due by the garnishee to the defendant.   In the trial of such an issue it is indispensable to a judgment against the garnishee that the plaintiff shall show that he has obtained a judgment against the defendant.

*Judgment reversed.   All the Justices concurring, except Lumpkin, P. J., absent.*

Submitted November 24,—Decided December 13, 1902.

Garnishment.   Before Judge Crisp.   City court of Americus. May 20, 1902.

*Shipp & Sheppard,* for plaintiff in error.
*Lee & Maynard,* contra.